**Order filed July 11, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00468-CV
_____

**EDWARD GRISHAM, Appellant**

**V.**

**LORA A. THYE, Appellee**

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 22,073**

## ABATAEMENT ORDER

On July 2, 2013, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 1, 2013. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the

appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.